1  **DOLL AMIR & ELEY LLP**
   HUNTER R. ELEY (SBN 224321)
2  heley@dollamir.com
   CHELSEA L. HAMILL (SBN 271859)
3  chamill@dollamir.com
   1888 Century Park East, Suite 1850
4  Los Angeles, California 90067
   Tel: 310.557.9100
5  Fax: 310.557.9101

6  Attorneys for Defendant,
   CAPITAL ONE BANK (USA), N.A.
7

FILED
2013 DEC 12 PM 3:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11 | LEWIS E. MCNACK,                  | Case No. ED CV 13 - 02287 JGB SPx
12 |                                    |
13 |           Plaintiff,               | **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA, EASTERN DIVISION, UNDER 28 U.S.C. § 1441(a) AND 28 U.S.C. § 1331 (FEDERAL QUESTION)**
14 | v. RICHARD FAIRBANK, CEO,         |
15 | CAPITAL ONE BANK, USA,            |
16 |           Defendant.               |
17 |                                    | [Filed concurrently with: (1) Civil Cover Sheet; and (2) Notice of Interested Parties]

1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) AND 28 U.S.C. § 1331

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION AND PLAINTIFF:**

**PLEASE TAKE NOTICE THAT** defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as "Richard Fairbank, CEO, Capital One Bank, USA," hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.  JURISDICTION**

1. Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1441(a) and § 1331 because Plaintiff Lewis E. McNack ("Plaintiff") alleges claims arising under the federal Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 *et seq.* (FCRA").

**B.  STATEMENT OF THE CASE**

2. On or about October 23, 2013, Plaintiff filed a claim in the Superior Court of the State of California for the County of San Bernardino, Victorville District, designated as Case Number VS1302375 (the "Action").

3. While Capital One has not yet been served with a copy of the complaint filed in the Action, on or about November 15, 2013, Capital One received a copy of a request for Plaintiff to appear telephonically for a hearing in the Action.

4. Subsequently, on November 15, 2013, Capital One obtained a copy of the complaint filed in the Action from the Court. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in this case is attached hereto as *Exhibit A*.

5. Plaintiff's alleges that "Defendant obtains plaintiffs' credit report from credit reporting agency without a permissible purpose in direct violation of title 15 U.S.C. §1681q which is incorporated into §1681n." *See* Ex. A. Plaintiff further alleges in his Complaint that Capital One has violated various other sections of the

DOLL AMIR & ELEY LLP

FCRA, including 1681b. Thus, the basis for liability in this case, as alleged by Plaintiff, falls entirely under the FCRA.

**C. BASIS FOR REMOVAL**

6. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the law of the United States.

7. Specifically, Plaintiff's complaint alleges that Capital One is liable for obtaining "plaintiffs' credit report from credit reporting agency without a permissible purpose in direct violation of title 15 U.S.C. §1681q which is incorporated into §1681n." *See* Ex. A. Therefore, adjudication of Plaintiff's complaint requires an analysis and construction of federal law. Thus, this Action is one which may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the FCRA.

**D. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

8. Removal of this action is timely. While Capital One has not been served with the initial pleading in this action, it first obtained a copy of the complaint on November 15, 2013. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of the initial pleading" in accordance with the time period mandated by 28 U.S.C. §1446(b).

9. Capital One is the only named defendant in the action and, therefore, no consent of additional parties is required.

10. Venue lies in the United States District Court for the District of California, Eastern Division pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

11. As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in the Action are attached hereto as *Exhibit A*.

12. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of San Bernardino, Victorville District, Small Claims Division.

**WHEREFORE** Capital One prays that the above Action now pending against it in the Superior Court of California, County of San Bernardino, Victorville District, Small Claims Division, be removed therefrom to this Court.

DATED: December 12, 2013        **DOLL AMIR & ELEY LLP**

By: _____
Hunter R. Eley
Chelsea L. Hamill
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# EXHIBIT A

# CIV-131023-SMC-VS1302375-ICPLAM-105702



## Scanned Document Coversheet

| | |
|---|---|
| System Code: | CIV |
| Case Number: | VS1302375 |
| Case Type: | SMC |
| Action Code: | ICPLAM |
| Action Date: | 10/23/13 |
| Action Time: | 10:57 |
| Action Seq: | 0002 |
| Printed by: | MGARR |

THIS COVERSHEET IS FOR COURT PURPOSES ONLY, AND THIS IS NOT A PART OF THE OFFICIAL RECORD. YOU WILL NOT BE CHARGED FOR THIS PAGE

## Claim of Plaintiff >$1,500 <$5,000 Filed (imaged)



NEW FILE

# SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

FILED Victorville
SAN BERNARDINO COUNTY
Superior/Municipal Court
OCT 23 2013
MARGIE CARREN, DEPUTY

RECEIVED
OCT 23 2013
VICTORVILLE DISTRICT

*Fill in court name and street address:*
**Superior Court of California, County of**
SUPERIOR COURT
VICTORVILLE DISTRICT
14455 Civic Drive, Ste 100
Victorville, CA 92392

*Clerk fills in case number and case name:*
**Case Number:** SMCVS 1302375
**Case Name:** Mc Nack v Capital One

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 12-16-13 | 8:30am | V15 | |
| 2. | | | | |
| 3. | | | | |

Date: _OCT 23 2013_   Clerk, by _____, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms*.
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

Plaintiff *(list names):* _____

Case Number: SMCVS 1302375

## 1) The Plaintiff (the person, business, or public entity that is suing) is:

Name: Lewis E. McNack                                        Phone: (408) 382-3111

Street address: Federal Correctional Institution Med. II, P.O. Box 3850  Adelanto, CA. 92301
                    *Street*                                                *City*        *State*    *Zip*

Mailing address *(if different)*: _____
                        *Street*              *City*        *State*    *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name:                N/A                                         Phone: (    )

Street address: _____
                    *Street*              *City*        *State*    *Zip*

Mailing address *(if different)*: _____
                    *Street*              *City*        *State*    *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

## 2) The Defendant (the person, business, or public entity being sued) is:

Name: Richard Fairbank, CEO , *Capital One Bank, USA.*     Phone: (    ) N/A

Street address: P.O. BOx 30281                Salt Lake City     Utah     84130-0281
                    *Street*                        *City*        *State*    *Zip*

Mailing address *(if different)*: _____
                    *Street*              *City*        *State*    *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____                                Phone: (    )

Street address: _____
                    *Street*              *City*        *State*    *Zip*

Mailing address *(if different)*: _____
                    *Street*              *City*        *State*    *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

## 3) The Plaintiff claims the Defendant owes $ 5,000⁰⁰ _____. *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? Defendant obtains plaintiffs' credit report from credit reporting agency without a permissible purpose in direct violation of title 15 U.S.C. §1681q which is incorporated into §1681n.

b. When did this happen? *(Date):* 06/27/2013
   If no specific date, give the time period: *Date started:* _____ *Through:* _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Under the Title 15 U.S.C.S. §1681q "Civil Liability for Willfull non Compliance".

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names):* _____

Case Number:
SMCVS 1302375

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☒ Yes ☐ No

*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*
- a. ☒ (1) Where the Defendant lives or does business.
  (2) Where the Plaintiff's property was damaged.
  (3) Where the Plaintiff was injured.
  (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.
- b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
- c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*
- d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*
- e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 92301

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ *A claim was filed on (date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☐ No   *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 10/2/2013   Lewis E. McNack Jr.     ▶ *Lewis E. McNack Jr.* (signature)
Plaintiff types or prints name here         Plaintiff signs here

Date: _____  _____    ▶ _____
Second Plaintiff types or prints name here    Second Plaintiff signs here



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response.* *(Civil Code, § 54.8.)*

# SC-100 — Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

## Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

## How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

## What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

## What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

## Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms*.

## What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

## What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals*.

## Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

## What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

# SC-100 — Información para el demandado (la persona demandada)

La "**Corte de reclamos menores**" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese*.

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones*.

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en: *www.courts.ca.gov/reclamosmenores/asesores*.

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

1. The Plaintiff, Lewis E. McNack, Jr., is a **consumer** as defined by Cal. Civ. Code §1761(d), as "an individual who acquires, by purchase or lease, any goods or services for personal, family, or household purposes".

2. The Defendant, Capital One Bank, USA, is a **user of information**, who has the priviledge, by law to request and obtain information on consumers for his or her use, for permissible purposes only.

**STATEMENT OF FACTS:**

On August 22, 2013, plaintiff asserts that he obtained a copy of his credit report from "Equifax Information Services LLC", which revealed that CAPITAL ONE BANK, USA had obtained plaintiffs' credit report, which placed an inquiry dated 06/27/2013 in the section that reads "Inquires that display to companies (may impact your credit score)". **See Exhibit B.**

On October 7, 2013, defendant took receipt of plaintiffs' "Notice for Disclosure", through Certified Mail Receipt #70120470000245398732, which is attached as **Exhibit A**, wherein plaintiff requested that defendant give plaintiff a valid reason for obtaining said credit report without a permissible purpose. It should be noted that defendant failed to respond to plaintiff.

**CLAIM ONE:**

Plaintiff asserts that defendant violated the **Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681b,** which states, a person must have a permissible purpose to request and obtain a consumers credit report. Plaintiff has never had any financial dealings with defendant. Nor has plaintiff, ever had a conversation with anyone doing business as an agent for the defendant.

A Consumer Reporting Agency can legally issue a report for the purposes listed in §1681b. If the agency is complying with the statute, then a user cannot utilize an account with the Consumer Reporting Agency to obtain consumer information for the purpose not permitted by §1681b without using a false pretense. Obtaining a consumer report in violation of the terms of the statute without disclosing the permissible purpose for which the report is desired constitutes obtaining consumer information under false pretenses.

Defendant did not give a valid reason for requesting plaintiffs' credit report as witnessed by credit report. **See Exhibit B.**

**CLAIM TWO:**

Plaintiff asserts that defendant violated section §1681q of the Fair Credit Reporting Act, which states, any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined not more than $5,000.00 or imprisoned not more than one year or both. This section requires that users of consumer information refrain from obtaining such information from credit reporting agencies under false pretenses. It's violation therefore forms a basis of civil liability under either §1681n or §1681o.

**CLAIM THREE:**

Plaintiff asserts defendant violated section §1681n of the Fair Credit Reporting Act, which states, any person who willfully fails to comply with any requirement imposed under 15 U.S.C.S. §1681, with respect to any consumer is liable to that consumer in damages. Defendant willfully failed to comply with the requirements imposed by the Fair Credit Reporting Act when defendant obtained plaintiff's credit report without a permissible purpose.

**CLAIM FOUR:**

Plaintiff asserts that defendant violated section §1681o of the Fair Credit Reporting Act, which states, any person who is negligent in failing to comply with any requirement imposed under §1681, with respect to any consumer is liable to that consumer in damages. Defendant showed negligence by obtaining plaintiff's credit report with the knowledge that defendants inquiry would display to the companies that plaintiff could potentially attempt to do business with to either get employment or acquire goods or services for family, children, etc. Also, defendant knew that defendants inquiry may impact plaintiffs credit score, which is the section that defendants inquiry was listed under, which shows not only negligence, but total disregard for plaintiff as a consumer. There is another section on the report that explains that users of consumer information may request information on consumers, but it does not effect your credit score. Defendant could have gotten the information on the plaintiff without any injury to the plaintiff, which further proves defendants negligence.

REQUESTED RELIEF:

Plaintiff be awarded Statutory Damages in the amount of $5,000.00 for defendants' failure to comply with the above mentioned statutes.

These sections create civil liability for willfully (section §1681n) or negligent (section §1681o) noncompliance by a Consumer Reporting Agency or user of information who fails to comply with "any requirement imposed under the **Fair Debt Reporting Act ("FDRA"), 15 U.S.C. §1681,** with respect to a consumer. 15 U.S.C. §1681q provides: "Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined not more than $5,000.00 or imprisoned not more than one year, or both." This section requires that users of consumer information refrain from obtaining such information from credit reporting agencies under false pretenses. Its violation therefore, forms a basis of civil liability under either §1681n or §1681o.

I, Lewis E. McNack, Jr., hereby declare under penalty of purjury California State Law, that the information above and on any attachments to this form is true and correct.

Date: October 21, 2013            /s/ Lewis E. McNack Jr.

Page 3 of 3

English    Customer Service    USPS Mobile    Register / Sign In



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70120470000245398732

## Product & Tracking Information

**Postal Product:**    **Features:** Certified Mail™

## Available Options

**Email Updates**

| Date/Time | Status | Location |
|---|---|---|
| October 7, 2013, 8:25 am | Delivered | SALT LAKE CITY, UT 84130 |
| October 7, 2013, 7:02 am | Sorting Complete | SALT LAKE CITY, UT 84199 |
| October 7, 2013, 5:40 am | Available for Pickup | SALT LAKE CITY, UT 84130 |
| October 7, 2013, 5:39 am | Available for Pickup | SALT LAKE CITY, UT 84130 |
| October 7, 2013, 4:30 am | Arrival at Unit | SALT LAKE CITY, UT 84199 |
| October 6, 2013 | Depart USPS Sort Facility | SALT LAKE CITY, UT 84199 |
| October 5, 2013, 8:24 pm | Processed through USPS Sort Facility | SALT LAKE CITY, UT 84199 |
| October 4, 2013 | Depart USPS Sort Facility | SAN BERNARDINO, CA 92403 |
| October 4, 2013, 9:18 pm | Processed through USPS Sort Facility | SAN BERNARDINO, CA 92403 |

"Exhibit A"

## Track Another Package

What's your tracking (or ref...)

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

USPS.COM Copyright...

https://tools.usps.com/

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Fairbank, CEO
Capital One Bank USA
P.O. Box 30281
Salt Lake City, Utah 84130-0281

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 0470 0002 4539 8732

102595-02-M-1540

| Sallie Mae | PO Box 9500 Wilkes Barre PA 18773-9500 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Activity Designator | | | Creditor Classification | | | Date Closed |
| 96706452171* | 06/01/2003 | $1,313 | | | | | Transfer/Sold/Paid | | | | | Balloon Pay Date | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Date of Last Activity | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | |
| 04/01/2007 | $0 | | 02/2005 | | | | | 03/2006 | 15 | | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold;

**Account History with Status Codes**
03/2007 02/2007 01/2007
4    4    4

## Inquiries that display to companies (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | Inquiry Date(s) |
|---|---|
| Capital One Bank USA Na | 06/27/2013 |
| PO Box 30281 Salt Lake City, UT 84130-0281 | |
| At & T Services Inc | 05/22/2012 |
| PO BOX 2767 HOUSTON, TX 77252-2767  Phone: (866) 718-2011 | |
| Dollar Tul 58501 | 02/01/2012 |
| 5330 E 31st St Tulsa, OK 74135-5076  Phone: (800) 800-5252 | |
| The Hertz Corporation | 02/01/2012 |
| Dba Hertz 14501 Hertz Quail Springs Pkwy Oklahoma City, OK 73134-2606 | |

## Inquiries that do not display to companies (do not impact your credit score)

(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

**Company Information - Prefix Descriptions:**

- **PRM** - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months)
- **PR** - Inquires with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months)
- **AM or AR** - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)
- **Equifax or EFX** - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.
- **ND** - Inquiries with this prefix are general inquiries that do not display to credit grantors. (ND inquiries remain for 24 months)
- **ND MR** - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)
- **EMPL** - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | Inquiry Date(s) |
|---|---|
| Equifax | 08/22/2013 |
| PO Box 740250 Atlanta, GA 30374-0250 | |
| Inovatus LLC | 05/02/2013 |
| 3242 Players Club Cir Ste 10 Memphis, TN 38125-8843 | |

Exhibit B

**** End of Credit File ****

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
LEWIS E. MCNACK

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
CAPITAL ONE BANK (USA), N.A., erroneously sued as "Richard Fairbank, CEO, Capital One Bank, USA,"

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Federal Correctional Institution Medium II
P.O. Box 3850 Adelanto, California 92301

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Doll Amir & Eley LLP
Hunter R. Eley (SBN 224321); Chelsea L. Hamill (SBN 271859)
1888 Century Park East, Suite 1850, Los Angeles, California 90067
(310) 557-9100

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [ ] 1. Original Proceeding
- [X] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [ ] Yes [X] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No  [ ] **MONEY DEMANDED IN COMPLAINT:** $ 5,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681 - Fair Credit Reporting Act

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: ED CV 13 - 02287 JGB SPx

CV-71 (09/13)    CIVIL COVER SHEET    Page 1 of 3

DEC 12 2013

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☒ Yes ☐ No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☒ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes ☒ No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☐ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br>If none applies, answer question C2 to the right. ➡ | Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br>If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | EASTERN DIVISION |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: December 12, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Jesus G. Bernal_____ and the assigned Magistrate Judge is _____Sheri Pym_____.

The case number on all documents filed with the Court should read as follows:

### EDCV13-02287 JGB (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

December 12, 2013                    By   L. Murray
Date                                      Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| ☐ Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | ☒ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**