O

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS E. MCNACK ) <br> Plaintiff, ) <br> vs. ) <br> RICHARD FAIRBANK, ET AL. ) <br> Defendants. ) | 5:13-cv-02287-CAS(SPx) <br><br> ORDER |

    The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of March 10, 2014, is vacated, and the matter is hereby taken under submission.

    On October 23, 2013, plaintiff, a prisoner proceeding pro se, filed this complaint against defendants Capital One Bank (USA), N.A. ("Capital One") and Richard Fairbank in San Bernardino County Superior Court. On December 12, 2013, defendants removed the case to this Court. Defendants subsequently answered plaintiff's complaint on December 30, 2013.

/ / /

/ / /

On January 14, 2014, plaintiff filed a motion for leave to file an amended complaint.[1] See dkt. 10 at 8 (stating that motion for leave to file amended complaint was deposited in prison mail room on January 14, 2014); Buzzard v. Swenson, 2007 WL 4111369 at *2 (W.D. Wash. Nov. 16, 2007) (explaining that "under the 'prison mailbox rule,' pleadings filed by prisoners are considered filed the day that the pleading in question is deposited in the prison mail system"). Fed. R. Civ. P. 15(a)(1)(B) provides for amendment as of right within 21 days of defendants' service of a responsive pleading. Accordingly, because plaintiff filed his amended complaint less than 21 days after defendants' answer, plaintiff's motion to file an amended complaint is hereby GRANTED.

DATED: March 5, 2014

_____
CHRISTINA A. SNYDER
United States District Judge

---

[1] Defendants have not filed an opposition to this motion.